# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

VIRGINIA GOODMAN ,

V.

## SUMMONS IN A CIVIL CASE

NATIONAL CREDIT WORKS, INC., ET AL. ,

CASE NO: 2:11-CV-01103-GEB -EFB

TO: **Gregory G Emminger, National Credit Works, Inc.**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
369 South Doheny Drive, Suite 415
Beverly Hills, CA 90211

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

VICTORIA C. MINOR

CLERK

/s/ L. Mena-Sanchez

(By) DEPUTY CLERK



ISSUED ON 2011-04-25 11:14:42.0, Clerk
USDC EDCA

Case 2:11-cv-01103-GEB-EFB   Document 4   Filed 04/25/11   Page 2 of 2

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 5/5/11 | |
| NAME OF SERVER (PRINT) RICHARD HARRINGTON | TITLE SERVER | |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 1089 Bowen Dr. E Tonawanda, NY 14120

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Ø | 65.00 | 65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/5/11
Date

Signature of Server — Richard Harsh

89 Milton St Bflo NY 14220
Address of Server