**Todd M. Friedman (216752)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877-206-4741**
**Fax: 866-633-0228**
**tfriedman@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA GOODMAN,** | ) Case No. 2:11-cv-01103-GEB-EFB |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **NATIONAL CREDIT WORKS, INC., a corporation; and GREGORY C. EMMINGER, an individual,** | ) |
| Defendant. | ) |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 25th day of July, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 25th day of July, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Garland E. Burell, Jr.
United States District Court
Eastern District of California

Notification sent via U.S. Mail to:

Rodney A. Giove
GIOVE LAW OFFICE, P.C.
727 Main Street, Suite 200
Niagara Falls, New York 14301

This 25th day of July, 2011

s/Todd M. Friedman
Todd M. Friedman