IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGINIA GOODMAN,                       )
                                        )   2:11-cv-01103-GEB-EFB
            Plaintiff,                  )
                                        )   ORDER CONTINUING STATUS
       v.                               )   (PRETRIAL SCHEDULING)
                                        )   CONFERENCE
NATIONAL CREDIT WORKS, INC., a          )
corporation; GREGORY G.                 )
EMMINGER, an individual,                )
                                        )
            Defendants.                 )
_____)

        Plaintiff states in her Status Report filed October 14, 2011, "Plaintiff has requested and been granted a clerk's entry of default against Defendants" and "anticipates filing a Motion for Default Judgment within the next fourteen days." (ECF No. 12.)

        Therefore, Plaintiff shall file a motion for entry of default judgment within twenty (20) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on November 18, 2011, why this action should not be dismissed for failure of prosecution.

        Further, the status conference scheduled for hearing on October 31, 2011, is continued to commence at 9:00 a.m. on February 13, 2012. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

Dated:  October 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1