Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA GOODMAN,**<br><br>Plaintiff,<br><br>vs.<br><br>**NATIONAL CREDIT WORKS, INC., a corporation; and GREGORY G. EMMINGER, an individual,**<br><br>Defendant.<br>_____ | CASE NO.: **2:11-cv-01103-GEB-EFB**<br><br>**NOTICE OF MOTION AND MOTION TO ENTER DEFAULT JUDGMENT**<br><br>Hearing Date: February 1, 2012<br>Hearing Time: 10:00 a.m.<br><br>(Honorable Edmund F. Brennan, Courtroom 24) |

**NOTICE IS HEREBY GIVEN** that the hearing for Plaintiff's Motion to Enter Default Judgment has been set for February 1, 2012 at 10:00 a.m. before Honorable Edmund F. Brennan in Court Room 24, located at United States District Court, 501 I Street, Sacramento, CA 95814.

NOW COMES PLAINTIFF, by and through her attorney, Todd M. Friedman, to respectfully request that this honorable Court enter default judgment

against Defendants. A default was previously entered by the Clerk of this Court on September 16, 2011. Plaintiff hereby requests that judgment be entered in the amount of six thousand five hundred seventy-three dollars and fifty cents ($6,573.50), including statutory damages in the amount of two thousand dollars ($2,000.00) (comprised of $2,000 under both the Fair Debt Collection Practices Act, and the Rosenthal Fair Debt Collection Practices Act), 15 U.S.C. §1692(k)(a)(2)(A), Cal Civ Code 1788.32 (Rosenthal FDCPA provides for cumulative recovery. <u>Adams v CIR Law Offices, LLP</u>, 2007 WL 2481550 (S.D. Cal., 2007)). In addition, Plaintiff requests four thousand five hundred seventy-three dollars and fifty cents ($4,573.50) in attorney fees (which is comprised of three thousand four hundred eighteen dollars and fifty cents ($3418.50) in fees to date plus seven hundred fifty dollars ($750.00) anticipated collection fees and costs, plus four hundred and five dollars ($405) in costs to date). 15 U.S.C. §1692(k)(a)(3) for a total of six thousand five hundred seventy-three dollars and fifty cents ($6,573.50), inclusive of attorneys' fees and court costs.

Finally, pursuant to Local Rule 55-3 and as previously requested in Plaintiff's application for entry of default, Plaintiff respectfully requests that this Honorable Court grant additional attorneys' fees in excess of the schedule promulgated by Local Rule 55-3.

This Motion is based on this Notice, the attached declarations of Todd M. Friedman and Virginia Goodman, and the pleadings, files, and other matters that may be presented at the hearing.

Respectfully submitted this 9th day of November, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN (216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

Filed electronically on this 9th day of November, 2011, with:

United States District Court CM/ECF system

A copy sent via mail on this 9th day of November, 2011 to:

Rodney A. Giove
GIOVE LAW OFFICE, P.C.
727 Main Street, Suite 200
Niagara Falls, New York 14301

s/Todd Friedman
   Todd Friedman