Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA GOODMAN,** ) | Case No. 2:11-cv-01103-GEB-EFB |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISS** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **NATIONAL CREDIT WORKS, INC., a** ) | |
| **corporation; and GREGORY C.** ) | |
| **EMMINGER, an individual,** ) | |
| Defendant. ) | |
| _____ ) | _____ |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 30th day of January, 2012.

By:  s/Todd M. Friedman
     Todd M. Friedman, Esq.
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 30th day of January, 2012, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 30th day of January, 2012, via the ECF system to:

Honorable Garland E. Burell, Jr.
United States District Court
Eastern District of California

Notification sent via U.S. Mail to:

Rodney A. Giove
GIOVE LAW OFFICE, P.C.
727 Main Street, Suite 200
Niagara Falls, New York 14301

By: s/Todd M. Friedman
     Todd M. Friedman